AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SD3, LLC,
    Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

Jon W. DUDAS, Director, U.S. Patent and Trademark Office,
    Defendant.

Case: 1:08-cv-01242
Assigned To : Roberts, Richard W.
Assign. Date : 7/18/2008
Description: Admn Agency Review

TO: (Name and address of Defendant)

Jon W. Dudas, Director, U.S. Patent and Trademark Office
c/o Office of the General Counsel
Madison Building East, Room 10B20
600 Dulany Street
Alexandria, VA 22314

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**       JUL 1 8 2008

CLERK                                                  DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SD3, LLC | ) |
| | ) |
| **Plaintiff** | ) Case No.: 1:08-cv-01242 RWR |
| v. | ) |
| Jon W. Dudas, Director, US Patent and Trademark Office | ) |
| **Defendant** | ) |

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Michael Reeder, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED: Summons; Complaint; Civil Cover Sheet; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Initial Electronic Case Filing Order; and Consent to Proceed Before a United States Magistrate Judge For All Purposes

SERVE TO: Jon W. Dudas, Director, US Patent and Trademark Office c/o Office of the General Counsel
SERVICE ADDRESS: 600 Dulaney Street, Alexandria, Virginia 22314

DATE SERVED: July 18, 2008  TIME SERVED: 2:21 PM
PERSON SERVED: Chanel Baker, Administrative Support Specialist, authorized to accept.

Described herein:
Gender: Female   Race/Skin: Black   Hair: Black   Age: 35   Height: 5'4"   Weight: 280

COMMENTS:

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

7-22-08
Executed on:

Michael Reeder
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 08-005359                                                                 Client Reference: N/A