AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SD3, LLC,
    Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

Jon W. DUDAS, Director, U.S. Patent and
Trademark Office
    Defendant.

Case: 1:08-cv-01242
Assigned To : Roberts, Richard W.
Assign. Date : 7/18/2008
Description: Admn Agency Review

TO: (Name and address of Defendant)

Michael B. Mukasey
Attorney General
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**     JUL 1 8 2008

CLERK     DATE

*/s/ Ia Tanau Scott*

(By) DEPUTY CLERK

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  2 2 2008   C. Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Michael B. Mukasey<br>Attorney General<br>U.S. Dept. of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC  20530-0001 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label)   [redacted] | |
| PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540 | |