AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SD3, LLC,
    Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

Jon W. DUDAS, Director, U.S. Patent and
Trademark Office,
    Defendant.

Case: 1:08-cv-01242
Assigned To : Roberts, Richard W.
Assign. Date : 7/18/2008
Description: Admn Agency Review

TO: (Name and address of Defendant)

Jeffrey A. Taylor
U.S. Attorney for the District of Columbia
Civil Division
501 3rd Street, 4th Floor
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**      JUL 1 8 2008

CLERK                                     DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SD3, LLC | ) |
| | ) |
| **Plaintiff** | ) Case No.: 1:08-cv-01242 RWR |
| | ) |
| v. | ) |
| Jon W. Dudas, Director, US Patent and Trademark Office | ) |
| | ) |
| **Defendant** | ) |

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Ambiko Guice, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED: Summons; Complaint; Civil Cover Sheet; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Initial Electronic Case Filing Order; and Consent to Proceed Before a United States Magistrate Judge For All Purposes

SERVE TO: Jeffrey A. Taylor, US Attorney for the District of Columbia
SERVICE ADDRESS: 501 3rd Street, NW, Washington, DC 20530

DATE SERVED: July 18, 2008   TIME SERVED: 2:42 PM
PERSON SERVED: Lakesha Carroll, Docket Clerk, authorized to accept.

Described herein:
Gender: Female   Race/Skin: Black   Hair: Black   Age: 33   Height: 5'5"   Weight: 150

COMMENTS:
I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

7-21-08
Executed on:

Ambiko Guice
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 08-005356                                                                                   Client Reference: N/A