IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SD3, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:08-cv-1242 (RWR) |
| | ) | |
| **JON W. DUDAS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Undersigned counsel for Plaintiff SD3, LLC, pursuant to LCvR 83.2(c), respectfully request this Court to permit David A. Fanning, a non-member of the Bar of this Court, to participate in the Court proceedings in this matter *pro hac vice*.

In support of this Motion, attached is the Declaration of David A. Fanning in compliance with LCvR 83(d).

Respectfully submitted,

Dated: August 4, 2008

/s/ Amber L. Husbands
Burt Braverman (D.C. Bar No. 178376)
Amber L. Husbands (D.C. Bar No. 481565)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006-3402
(202) 973-4200
(202) 973-4499 facsimile

*Attorneys for Plaintiff SD3, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2008, I caused the foregoing to be served electronically on counsel of record by the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF).

                                                  /s/  Amber L. Husbands
                                                  Amber L. Husbands

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SD3, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:08-cv-1242 (RWR) |
| | ) | |
| **JON W. DUDAS,** | ) | |
| | ) | |
| Defendant. | ) | |

### DECLARATION OF DAVID A. FANNING

David A. Fanning declares, under penalty of perjury and pursuant to LCvR 83.2(d), the following:

1. My full name is David Ashley Fanning. I am co-counsel for Plaintiff SD3, LLC in this action.

2. My office address and telephone number are:

    SD3, LLC
    9564 S.W. Tualatin Road
    Tualatin, OR 97062
    (503) 570-3200 (phone)
    (503) 570-3303 (fax)
    david@sawstop.com

3. I am a member in good standing of the state bars of Oregon, California (inactive), and the District of Columbia, and have been admitted to the United States District Courts for the Districts of Oregon, Northern District of California, and Central District of California, and to the United States Courts of Appeal for the Ninth and Federal Circuits, as well as to the United States Patent and Trademark Office.

4. I hereby certify that I have never been disciplined by any bar, and that I have not been admitted *pro hac vice* before this Court in the past two years.

5. I am a member of the District of Columbia Bar, member number 468982, but I do not have an office in the District of Columbia from which I engage in the practice of law.

Under penalty of perjury I do so declare.

Dated: Tualatin, Oregon
August 4, 2008

    /s/ David A. Fanning
David A. Fanning

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SD3, LLC,** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
|     v. | ) | Civil Action No. 1:08-cv-1242 (RWR) |
| | ) | |
| **JON W. DUDAS,** | ) | |
| | ) | |
|     **Defendant.** | ) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff SD3, LLC's Motion for Admission *Pro Hac Vice*, it is hereby **ORDERED** that the motion is granted, and David A. Fanning, a non-member of the Bar of this Court, may participate in the Court proceedings in this matter *pro hac vice*.


Dated: _____, 2008.


                                                _____
                                                United States District Judge
                                                Richard W. Roberts